```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 27393
    DAVID WEBER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-9022


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 07/11/2005 and was confirmed 12/01/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

       The case was dismissed after confirmation 07/19/2007.
--------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------
  FIRST COMMUNITY BANK & T  SECURED                 .00            .00             .00
  CIRCUIT COURT OF COOK CO  PRIORITY          NOT FILED            .00             .00
  ILL DEPT HEALTH & FAM SE  PRIORITY           31331.97            .00         7881.60
  ILLINOIS DEPT OF PUBLIC   UNSECURED         NOT FILED            .00             .00
  SCHOTTLER & ZUKOSKY       PRIORITY          NOT FILED            .00             .00
  AG ADJUSTMENT LTD         UNSECURED         NOT FILED            .00             .00
  ACCU BITE DENTAL SUPPLY   UNSECURED            3046.59           .00             .00
  ALLEN MAXWELL & SILVER    UNSECURED         NOT FILED            .00             .00
  ASSOCIATED RECOVERY SYST  UNSECURED         NOT FILED            .00             .00
  BALLY TOTAL FITNESS       NOTICE ONLY       NOT FILED            .00             .00
  BUREAU OF COLLECTION REC  UNSECURED         NOT FILED            .00             .00
  CAMPBELL HIGHTOWER & ADA  UNSECURED         NOT FILED            .00             .00
  AT & T WIRELESS           UNSECURED         NOT FILED            .00             .00
  CREDIT MANAGEMENT SERVIC  UNSECURED         NOT FILED            .00             .00
  CREDIT PROTECTION ASSOC   UNSECURED         NOT FILED            .00             .00
  D & B RMS                 NOTICE ONLY       NOT FILED            .00             .00
  VALLEY EMERGENCY CARE     UNSECURED             275.00           .00             .00
  DENTRIX DENTAL SYSTEMS    UNSECURED         NOT FILED            .00             .00
  ELSEVIER                  UNSECURED         NOT FILED            .00             .00
  GLEN D CRICK LTD          UNSECURED         NOT FILED            .00             .00
  HARVARD COLLECTION SERVI  UNSECURED         NOT FILED            .00             .00
  HATMAKER & ASSOCIATES     UNSECURED         NOT FILED            .00             .00
  JEFFERSON CAPITAL SYSTEM  UNSECURED            1587.27           .00             .00
  INTERNATIONAL RECOVERY    UNSECURED            1018.16           .00             .00
  STEVEN H MEVORAH & ASSOC  UNSECURED         NOT FILED            .00             .00
  MIDIDENTE INTERNATIONAL   NOTICE ONLY       NOT FILED            .00             .00
  MIDWEST CREDIT CONSULTAN  UNSECURED         NOT FILED            .00             .00
  MN ANESTHESIA             UNSECURED         NOT FILED            .00             .00
  CYNTHIA HAMILTON          UNSECURED           37549.12           .00             .00
  TARGET NATIONAL BANK      UNSECURED             290.30           .00             .00
  DELL FINANCIAL            UNSECURED         NOT FILED            .00             .00
  OMNI ORAL PHARMACEUTICAL  NOTICE ONLY       NOT FILED            .00             .00

                     PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 27393 DAVID WEBER
```

```
ON CALL COMPUTER ASST     UNSECURED       NOT FILED              .00          .00
PHYSICAL THERAPY ASSOCIA  UNSECURED       NOT FILED              .00          .00
PUBLIC STORAGE            UNSECURED       NOT FILED              .00          .00
RIVERSIDE PSYCHIATRIC &   UNSECURED       NOT FILED              .00          .00
SBC YELLOW PAGES          UNSECURED       NOT FILED              .00          .00
THOMSON HEALTHCARE        NOTICE ONLY     NOT FILED              .00          .00
VILLAGE OF GRAYSLAKE      UNSECURED       NOT FILED              .00          .00
WILLIAMS COHEN & GRAY     NOTICE ONLY     NOT FILED              .00          .00
RH DONNELLEY              UNSECURED        5770.57               .00          .00
PREMIER BANCARD CHARTER   UNSECURED         470.23               .00          .00
VALPAK OF CHICAGOLAND     UNSECURED        1129.35               .00          .00
FIRST PACIFIC CORP        UNSECURED       21657.95               .00          .00
FIRST COMMUNITY BANK & T  SECURED           762.06               .00       762.06
CITY OF CHICAGO PARKING   FILED LATE        540.00               .00          .00
SCHOTTLER & ZUKOSKY       DEBTOR ATTY     2,000.00                       2,000.00
TOM VAUGHN                TRUSTEE                                          541.34
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                11,185.00

PRIORITY                                         7,881.60
SECURED                                            762.06
UNSECURED                                              .00
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                               541.34
DEBTOR REFUND                                          .00
                       ---------------         ---------------
TOTALS                 11,185.00               11,185.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/23/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 05 B 27393 DAVID WEBER